U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 2 9 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:12CR20043-003 |
| | ) | |
| LEE ROY GARCIA | ) | |

## PRELIMINARY ORDER OF FORFEITURE

On October 11, 2012, a Grand Jury sitting in the Western District of Arkansas returned an Indictment against the defendant charging him with violations of Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), 21 U.S.C. § 846, 21 U.S.C. § 2, and 18 U.S.C.§ 922(g)(3) and 924(a)(2), and a forfeiture allegation.

In the forfeiture allegation of the Indictment, the United States seeks forfeiture, pursuant to Title 18 U.S.C. § 982 and 21 U.S.C. 853, the firearms used in the aforesaid offense, to wit:

1. Jiminez Arms, model J.A. 380, .380 caliber pistol, serial number 084100

2. Colt, model Official Police, .38 caliber revolver, serial number 553973

3. Ingram, model MAC10A1, 9mm caliber pistol, serial number S9107230

4. Mossberg, model 500A, 12 gauge shotgun, serial number R839563

5. Izmash, model Saiga, 7.62 X 39 caliber rifle, serial number H09120682

6. Romarm/Cugir, model GP Wasr 10/6, 7.62 X 39 caliber rifle, serial number 0224

7. Rossi, model R243MB, .243 caliber rifle, serial number CA029405

8. Ruger, model 10/22, .22 caliber rifle, serial number 351-80966

On January 29, 2013, the defendant pleaded guilty before Chief United States District Judge P.K. Holmes, III to counts 25 and 53 of the Indictment charging the defendant with aiding and

abetting the Distribution of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B)(viii) and being an unlawful drug user in possession of a firearm in violation of 18 U.S.C. § 922(g)(3) and 18 U.S.C. § 924 (a)(2). Pursuant to a plea agreement entered into by the parties, the defendant has agreed to forfeit all right, title and interest to the following assets which are involved in the offense of conviction:

1. Jiminez Arms, model J.A. 380, .380 caliber pistol, serial number 084100
2. Colt, model Official Police, .38 caliber revolver, serial number 553973
3. Ingram, model MAC10A1, 9mm caliber pistol, serial number S9107230
4. Mossberg, model 500A, 12 gauge shotgun, serial number R839563
5. Izmash, model Saiga, 7.62 X 39 caliber rifle, serial number H09120682
6. Romarm/Cugir, model GP Wasr 10/6, 7.62 X 39 caliber rifle, serial number 0224
7. Rossi, model R243MB, .243 caliber rifle, serial number CA029405
8. Ruger, model 10/22, .22 caliber rifle, serial number 351-80966

These items will be forfeited pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461.

Pursuant to the plea agreement, the defendant consents to the immediate entry of a preliminary order of forfeiture upon entry of the guilty plea. The defendant further agrees that upon entry of the preliminary order of forfeiture, such order will be considered final as to defendant's interests in the properties. The defendant agrees to immediately withdraw any claims to properties seized in connection with this case in any pending administrative and civil forfeiture proceeding, and consents to the forfeiture of all properties seized in connection with this case to the United States. The defendant agrees to execute any and all documents requested by the Government to facilitate or complete the forfeiture processes. The defendant further agrees not to contest or to assist any

other person or entity in contesting the forfeiture of the properties seized in connection with this case.

Pursuant to the plea agreement, the defendant agrees to consent to the entry of orders of forfeiture for such property and waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment. The defendant acknowledges that he understands that the forfeiture of assets is part of the sentence that may be imposed in this case and waives any failure by the court to advise him of this, pursuant to Rule 11(b)(1)(J), at the time his guilty plea is accepted.

Pursuant to the plea agreement, the defendant further agrees to waive all constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with the plea agreement on any grounds, including that the forfeiture constitutes an excessive fine or punishment. The defendant agrees to take all steps as requested by the United States to pass clear title to forfeitable assets to the United States, and to testify truthfully in any judicial forfeiture proceeding. The defendant also agrees that the forfeiture provisions of the plea agreement are intended to, and will, survive him, notwithstanding the abatement of any underlying criminal conviction after the execution of this agreement.

Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

1. That based upon the guilty plea of the defendant, the following assets shall be forfeited to the United States:

   1. Jiminez Arms, model J.A. 380, .380 caliber pistol, serial number 084100

   2. Colt, model Official Police, .38 caliber revolver, serial number 553973

   3. Ingram, model MAC10A1, 9mm caliber pistol, serial number S9107230

    4.      Mossberg, model 500A, 12 gauge shotgun, serial number R839563

    5.      Izmash, model Saiga, 7.62 X 39 caliber rifle, serial number H09120682

    6.      Romarm/Cugir, model GP Wasr 10/6, 7.62 X 39 caliber rifle, serial number 0224

    7.      Rossi, model R243MB, .243 caliber rifle, serial number CA029405

    8.      Ruger, model 10/22, .22 caliber rifle, serial number 351-80966

as property involved in illegal conduct giving rise to forfeiture.

    2.      Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States is authorized to seize any specific property that is subject to forfeiture as set forth herein in this order and the plea agreement, to conduct any discovery the Court considers proper in identifying, locating or disposing of the property; and to commence proceedings that comply with any statutes governing third-party rights.

    3.      Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

    4.      The United States shall publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6).

    5.      That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c), in which all interests will be addressed.

IT IS SO ORDERED this 29th day of January, 2013.

                        _____
                        HONORABLE P.K. HOLMES, III
                        CHIEF, UNITED STATES DISTRICT JUDGE

Reviewed and consented to by:

_____
Lee Roy Garcia, Defendant

_____
Derek Allison, Counsel for Defendant

_____
Candace Taylor, Assistant U.S. Attorney