IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA

v.                                                     Criminal No. 2:12CR20043-003

LEE ROY GARCIA

## FINAL ORDER OF FORFEITURE

On January 29, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 21). In the Preliminary Order of Forfeiture, the following items were forfeited to the United States:

1. Jiminez Arms, model J.A. 380, .380 caliber pistol, serial number 084100
2. Colt, model Official Police, .38 caliber revolver, serial number 553973
3. Ingram, model MAC10A1, 9mm caliber pistol, serial number S9107230
4. Mossberg, model 500A, 12 gauge shotgun, serial number R839563
5. Izmash, model Saiga, 7.62 X 39 caliber rifle, serial number H09120682
6. Romarm/Cugir, model GP Wasr 10/6, 7.62 X 39 caliber rifle, serial number 0224
7. Rossi, model R243MB, .243 caliber rifle, serial number CA029405
8. Ruger, model 10/22, .22 caliber rifle, serial number 351-80966

pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C.§ 2461.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On March 12, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

1

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on January 29, 2013, shall become final at this time.

IT IS SO ORDERED this 25th day of June, 2013.

HONORABLE P.K. HOLMES III
UNITED STATES DISTRICT JUDGE